IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KOLANA STACKS**
on behalf of FMR, a minor                                                                         **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:20-cv-153-TBM-LGI

**KILOLO KIJAKAZI, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                                       **DEFENDANT**

## FINAL JUDGMENT

Pursuant to a separate Order issued this day adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, the Court finds that this matter should be dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE. This CASE is CLOSED.

THIS, THE 29th DAY OF DECEMBER, 2021.

                                      TAYLOR B. McNEEL
                                      UNITED STATES DISTRICT JUDGE